No. 96–5974. AUDIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5981. FRAZIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5982. CARMONA DE LA TORRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5983. GILBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–5987. JONES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5991. MILLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5992. WILSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–5994. ROBINSON ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6004. SPENCER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6006. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6007. CAMPBELL v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 96–6008. KAPADIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6009. McLAUGHLIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–6010. MACK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6011. MARTINEZ v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.